## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

DEREK MORRIS CEASAR (2),

                Defendant.

CASE NO. 15CR0662-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of Illegal

Aliens for Financial Gain and Aiding and Abetting (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/08/2015

Nita L. Stormes
U.S. Magistrate Judge



FILED

APR 0 8 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY